53 F.3d 984w
 1995 A.M.C. 1617, Prod.Liab.Rep. (CCH) P 14,211
 SARATOGA FISHING CO., Plaintiff-Appellee,
v.
MARCO SEATTLE INC., Defendant-Appellant,
v.
J.M. MARTINAC & CO.; Caterpillar Tractor Co.; Southwest
Marine Hardware, Inc., Defendants.
SARATOGA FISHING CO., Plaintiff-Appellant,
v.
MARCO SEATTLE INC.; Southwest Marine Hardware, Inc.;
Caterpillar Tractor Co.; J.M. Martinac & Co.,
Defendants-Appellees.
SARATOGA FISHING CO., Plaintiff-Appellee,
v.
J.M. MARTINAC & CO., Defendant-Appellant.
 Nos. 93-56344, 93-56368 and 93-56501.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Feb. 8, 1995.
Decided April 25, 1995.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION